# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MAY 20, 2022

## NO. 03-22-00237-CR

**Armando Espinoza, Jr., Appellant**

**v.**

**The State of Texas, Appellee**

## APPEAL FROM THE 277TH DISTRICT COURT OF WILLIAMSON COUNTY
## BEFORE JUSTICES GOODWIN, BAKER, AND TRIANA
## DISMISSED FOR WANT OF JURISDICTION-- OPINION BY JUSTICE BAKER

This is an appeal from the judgment of conviction entered by the trial court. Having reviewed the record, it appears that the Court lacks jurisdiction over this appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.